UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR - 8 2023
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
)
v. ) Case No. 17-CR-0051 (BAH)
)
RAUL FLORES HERNANDEZ, )
also known as "El Tio," )
)
Defendant. )

## DEFENDANT RAUL FLORES HERNANDEZ' STATEMENT OF FACTS

This statement of facts represents sufficient information for the Court find a factual basis for accepting the Defendant's guilty plea in the above-captioned matter.

1. From in or about 2007, within the countries of Bolivia, Peru, Brazil and Mexico, the Defendant RAUL FLORES HERNANDEZ, did knowingly, intentionally, and willfully conspire with others to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, knowing and intending that the cocaine would be unlawfully imported into the United States from a place outside thereof. The Defendant acknowledges that his conduct violated Title 21, United States Code, Section 959(a); 960(a)(3), 960(b)(1)(B)(ii), and 963 and 18 U.S.C. §2.

2. The Defendant admits that he was an intermediary, who made introductions that facilitated international drug trafficking. The Defendant also invested in several loads of cocaine from Bolivia and Peru to Mexico. The total amount of cocaine involved in the conspiracy for which the Defendant was responsible was more than 150 kilograms but not more than 450 kilograms.

3. The Defendant agrees venue and jurisdiction lie with this Court pursuant to 18

U.S.C. § 3238.

4. The Defendant admits that his participation as a conspirator in the above-described acts were in all respects knowing and intentional.

5. With his signature below and that of his counsel, the Defendant agrees that he has fully adopted this statement of facts as his own statement. The Defendant is adopting this statement of facts because it is a true and correct summary of the Defendant's own conduct.

6. The Defendant is pleading guilty because the Defendant is in fact guilty.

Dated: March 2, 2023                                Respectfully submitted,

                                                    /s/ *Sandi S. Rhee*

                                                    Sandi S. Rhee (DC Bar No. 502417)
                                                    228 S Washington Street
                                                    Suite 300
                                                    Alexandria, Virginia 22314
                                                    (202) 285-8366 cellular
                                                    SandiRheeLaw@Gmail.com

                                                    *Counsel for Defendant Raul Flores Hernandez*

## ACKNOWLEDGMENT

I have discussed this Statement of Facts at length with my attorney, Sandi Rhee, Esquire. This Statement of Facts has been translated into Spanish for me. I understand that the English version controls. I fully understand this Statement of Facts and agree to it. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in the accompanying Plea Agreement. I am satisfied with the legal services provided by my attorney in connection with this Statement of Facts, the accompanying Plea Agreement, and all matters related to it.

_____   3/8/23
RAUL FLORES HERNANDEZ        Date
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I am the Defendant's attorney. I have this Statement of Facts translated into Spanish and I have fully explained to the Defendant, his rights and the applicable provisions of the Sentencing Guidelines. I have carefully reviewed every part of this Statement of Facts with the Defendant. The Defendant is agreeing to this Statement of Facts voluntarily, intelligently, and with full knowledge of all consequences of the Defendant's plea of guilty.

_____   3/8/2023
SANDI RHEE, ESQ.             Date
Attorney for Defendant