CO 526 Rev. 5/2018



FILED

MAR -8 2023

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Criminal Case No.: 17CR51-01 (BAH) |
| RAUL FLORES-HERNANDEZ | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____     Date: March 8, 2023

Beryl A. Howell
United States District Judge